1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

13   TONNE L. MESSEK,                                Case No.  1:18-cv-01617-DAD-SKO

14             Plaintiff,

                                                    **ORDER TRANSFERING CASE**
15        v.

16

17   EVOLUTIONAL EGYPT, CATHEY BANK,

18             Defendants.
     _____/

19

20

21        On November 26, 2018, Plaintiff Tonne L. Messek, proceeding pro se, filed a complaint

22   against Defendants Evolutional Egypt and Cathey Bank, along with an application to proceed *in*

23   *forma pauperis.*  (Docs. 1 & 2.)  The complaint appears to allege claims arising from debts Plaintiff

24   owes to Defendants and Defendants' conduct toward Plaintiff.  The complaint provides no addresses

25   for Defendants, and Plaintiff's address is in Vallejo, California.

26        Pursuant to Rule 120(f) of the Local Rules of the United States District Court for the Eastern

27   District of California, a civil action which has not been commenced in the proper court may, on the

28   Court's own motion, be transferred to the proper court.  Plaintiff's complaint contains no allegations

1    that mention any incidents occurring in, or any connection whatsoever to, the Fresno Division of
2    the Eastern District of California.  The only geographic information in the complaint is Plaintiff's
3    address in Vallejo, California, which is in the Sacramento Division of the Eastern District of
4    California.  Therefore, in view of the connection to the Sacramento Division and lack of connections
5    to the Fresno Division, this case should be transferred to the Sacramento Division of the Eastern
6    District of California

7            Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

8        1.      This case is transferred to the Sacramento Division of the United States District Court
9                for the Eastern District of California; and

10       2.      All future filings shall refer to the new Sacramento case number assigned and shall
11               be filed at:

12                           United States District Court
                             Eastern District of California
13                           501 "I" Street, Suite 4-200
                             Sacramento, CA 95814

14

15   IT IS SO ORDERED.

16   Dated:   **November 29, 2018**                    /s/ *Sheila K. Oberto*
17                                                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                                    2